UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CAUSE NO.:2:14-MC-21-JEM |
| SECURITY INDUSTRIES, INC. and DANNY S. JONES, | ) ) ) | |
| Defendant. | ) | |

**ORDER TO APPEAR**

This matter is before the Court on Plaintiffs' Verified, Ex-parte Motion for Proceedings Supplemental [DE 3], filed by Plaintiff on July 9, 2014.  Plaintiff has shown that it is the owner of Judgments obtained in the United States District Court for the Northern District of Illinois, Eastern Division, dated February 12, 2014, and registered as Foreign Judgments in this Court on March 21, 2014, in the amount of $288,627.66, plus post-judgment interest against Defendant Security Industries, Inc., and in the amount of $61,267.83, plus post-judgment interest against Defendants Security Industries, Inc. and Danny S. Jones, jointly and severally.  Plaintiff represents that it is entitled to post-judgment attorneys' fees of $14,525.25, plus additional attorneys' fees incurred in execution of the judgment.

Plaintiff has moved the Court for an Order pursuant to Indiana Code 34-55-8-7(a), requiring Defendants to appear in this Court and answer as to any non-exempt property which can be applied to the satisfaction of the Judgments.

Having determined that it meets the requirements of Federal and Indiana law, the Court hereby **GRANTS** Motion to Enforce Judgment by Proceedings Supplemental to Execution [DE 14] and **ORDERS**:

1. That Defendants, Security Industries, Inc., by and through a duly designated representative, and Danny S. Jones, individually, appear before the Honorable Magistrate John E. Martin, in Room 3700, at the United States Courthouse, 5400 Federal Plaza, Hammond, IN 46320, on Tuesday, **August 19, 2014 at 10:00 a.m.**, and at the hearing answer under oath questions from Plaintiffs' counsel as to any non-exempt property which may be applied to the satisfaction of the judgment;

2. That Defendants, Security Industries, Inc. and Danny S. Jones, individually, produce to Plaintiffs' counsel on or before the hearing date:

    i. All passbooks, checkbooks and bank statements, including proof of safety deposit boxes, money market accounts, certificates of deposit, Treasury bills, including all such accounts in which either Defendants' interest is direct, indirect, legal or beneficial;

    ii. All deeds, bills of sale, documents that evidence or reflect the Defendants' ownership of real or personal property, leaseholds, and similar documents evidencing assets and the value thereof;

    iii. All stock certificates or other evidence of ownership of securities, bonds and like interests jointly or individually owned by either of the Defendants;

    iv. Federal and state income tax returns and corresponding schedules filed by the Defendants;

    v. All certificates of title to automobiles, trucks, trailers and other vehicles including boats, motor homes and accessories owned individually or jointly owned by either of the Defendants;

vi. All documents that show direct or indirect interest in insurance policies, including names of insurance companies issuing each policy and an itemization of surrender of cash value of each in which the either Defendant had or has an interest;

vii. An inventory of personal property owned individually or jointly owned by either of the Defendants;

viii. All financial accounting reports and reports filed by either Defendant with the Secretary of State's office or any other governmental entity;

ix. All documents establishing Defendants' sources of income;

x. All lease documents entered into between either Defendant and any other third party;

xi. All documents showing loans that either Defendant obtained from any institutions or individuals, including family members and insurance companies;

xii. All documents that establish the existence of property in which either Defendant owns an interest;

xiii. A list of all contracts, written or unwritten, for work to be performed by either Defendant, including estimates for work to be done;

xiv. All books, records, papers in either Defendants' possession and control that may contain information concerning property or income of, or indebtedness due, either Defendant, including but not limited to job files and records of account receivables; and

      xv.    To subsequently produce further documents that may be requested at the hearing;

3. That the judgment is a continuing lien upon the income and property of Defendants, Security Industries, Inc. and Danny S. Jones, as of the date the order is served on Defendants, Security Industries, Inc. and Danny S. Jones;

4. That upon such hearing, the Court may issue an appropriate order to apply the Defendants', Security Industries, Inc. and Danny S. Jones, property towards the satisfaction of the judgment pursuant to Federal and Indiana law; and

5. That Plaintiffs serve Defendants, Security Industries, Inc. and Danny S. Jones, individually, with a copy of this Order and their Motion for Proceedings Supplemental, by certified mail.

So ORDERED this 11th day of July, 2014.

                                          s/ John E. Martin
                                          MAGISTRATE JUDGE JOHN E. MARTIN
                                          UNITED STATES MAGISTRATE JUDGE

cc:    All counsel of record