UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  CAUSE NO.:2:14-MC-21-JEM ) |
| SECURITY INDUSTRIES, INC., and DANNY S. JONES, | ) ) ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on an Agreed Motion to Continue Hearing on Proceedings Supplemental [DE 8], filed by the parties on September 30, 2014. The parties request that the Proceedings Supplemental Hearing set for October 1, 2014, be continued because Defendants anticipate filing Chapter 7 bankruptcy proceedings within the next thirty days.

Having reviewed the Motion and finding it well-taken, and noting the agreement of the parties, the Court hereby **GRANTS** the Agreed Motion to Continue Hearing on Proceedings Supplemental [DE 8] and **VACATES** the Proceedings Supplemental Hearing scheduled for **October 1, 2014, at 10:00 a.m.** and **RESETS** it for **November 5, 2014, at 10:00 a.m.**

So ORDERED this 1st day of October, 2014.

/s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record